## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LAVETTE COOPER and IVORY COOPER,
Individually and on behalf of all others
similarly situated,

     Plaintiffs,

     v.

ALL AMERICAN HOME CARE LLC,
ALL AMERICAN HOSPICE CARE LLC,
MICHAEL SPIVAK,

     Defendants

Case No. 2:17-cv-01563-PBT



FILED
SEP 13 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

JERRY ACOSTA, JR. and MODESTINE
THORPE, Individually and on behalf of all
others similarly situated,

     Plaintiffs,

     v.

ALL AMERICAN HOME CARE LLC,

     Defendant

Case No. 2:17-cv-01656-PBT

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION
## FOR PRELIMINARY APPROVAL OF THE SETTLEMENT AGREEMENT

AND NOW, this _13th_ day of _September_ 2018, upon consideration of Plaintiffs'

Unopposed Motion for Preliminary Approval of the Settlement Agreement, the Court grants

Plaintiffs' Motion and ORDERS as follows.

     1    The Parties' Settlement Agreement is preliminarily approved as fair, reasonable

and adequate pursuant to Fed. R. Civ. P. 23(e);

     2.    For settlement purposes, the following Settlement Class is preliminarily certified

pursuant to Fed. R. Civ. P. 23, pending final approval of the settlement:

All persons who worked for Defendants as a Home Health Aide in Pennsylvania and where the records indicated that the employee worked more than forty hours in one or more workweeks between April 11, 2014 to November 20, 2017

3.    Plaintiffs Lavette Cooper, Ivory Cooper, Jerry Acosta, Jr and Modestine Thorpe are preliminarily approved as the Representative of the Settlement Class;

4.    The Locks Law Firm, the Garner Firm, Ltd., Alvin de Levie, Esq., Berger & Montague, P.C., and Montgomery McCracken Walker & Rhoads LLP are preliminarily approved as Class Counsel for the Settlement Class;

5.    The Angeion Group, is preliminarily approved as Settlement Administrator and the costs of settlement administration are preliminarily approved,

6.    The proposed Settlement Notice, attached to the Settlement Agreement as Exhibit A is, and shall be sent out in both English and Spanish pursuant to the terms of the Settlement Agreement; and

7.    The following schedule and procedures for completing the final approval process as set forth in the Parties' Settlement Agreement are hereby approved:

| Defendants to send CAFA Notice | Within ten (10) business days after submission of the Settlement Agreement to the Court |
| Defendants Provide Settlement Class Contact Information | Within ten (10) business days after the Court's Preliminary Approval Order |
| Notice Sent | Within (5) business days after Defendants provide the Settlement Class Contact Information |
| Plaintiffs' Motion for Approval of Attorneys' Fees and Costs | Forty-Five (45) days after Class Counsel initially mails the Notice |
| Deadline to postmark objections or requests for exclusion ("Objection and Exclusion Deadline") | Sixty (60) days after Class Counsel initially mails the Notice |
| Class Counsel or Settlement Administrator's Report on Total Number of Settlement Class Members | Five (5) days after Objection and Exclusion Deadline |
| Plaintiffs' Unopposed Motion for Final Approval | Five (5) business days prior to Final Approval Hearing |

2

8.    The Final Approval Hearing is hereby set for _MONDAY, FEBRUARY_ at _10_ a.m./p.m ,
_11, 2019_

in Courtroom 16-B, U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106.

BY THE COURT,

_Petrese B Tucker_

Honorable Petrese B. Tucker
United States District Judge

3